**Order entered December 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00887-CR

**TAMMY LYNN MOSES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-85161-2012**

## ORDER

The Court **GRANTS** the State's November 26, 2013 motion for extension of time to file the State's brief.

We **ORDER** the State to file its brief within **THIRTY (30) DAYS** from the date of this order.

/s/     DAVID EVANS
            JUSTICE